IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AUSTIN LEE SULLIVAN**                                                                                   **PLAINTIFF**

**v.**                                           **CASE NO. 3:12CV00092BSM**

**DALE COOK, Sheriff of**
**Mississippi County et al.**                                                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 8th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE